**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION)**

**DANIELLE KINSEY and ERICK KINSEY,**
Plaintiffs,
v.
**CAPITAL ONE (US), N.A.,**
Defendant.

**CASE NO. 8:26-cv-02414-WFJ-SPF**
**JUDGE WILLIAM F. JUNG**

OCT 26 2026 AM10:55
FILED - USDC - FLMD - TPA

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED MOTION FOR MANDATORY JUDICIAL NOTICE AND EVIDENTIARY HEARING (WITH ATTACHED PROPOSED AMENDED MOTION AS EXHIBIT A AND SWORN AFFIDAVIT AS EXHIBIT B)

Plaintiffs, DANIELLE KINSEY and ERICK KINSEY, proceeding pro se, move pursuant to Federal Rule of Civil Procedure 15(a)(2), Federal Rule of Evidence 201, and Middle District of Florida Local Rule 3.01 for entry of an Order granting Leave to File their Amended Motion for Mandatory Judicial Notice and Evidentiary Hearing. In support thereof, Plaintiffs state:

**1. Procedural Background:** Plaintiffs previously filed a Motion for Judicial Notice regarding signature defects on Document #28 (August 23, 2021 Final Summary Judgment in Pasco County Case No. 2017-CC-001407).

**2. Newly Discovered Visual Proof:** Subsequent forensic document examination revealed four overlapping visual anomalies on Document #28, including a right-aligned header caption layout matching Pollack & Rosen's internal draft templates (Docs #3, #31, #48), font typography mismatches, and the complete omission of Judge Joseph Justice's typed name block.

**3. Standard for Leave to Amend:** Under Fed. R. Civ. P. 15(a)(2), courts 'should freely give leave when justice so requires.' Good cause exists because incorporating these four visual proof points establishes that Document #28 was an unexecuted law firm draft improperly entered into the court docket, making the judgment void ab initio under Cox v. Burke, 706 So. 2d 43, and defeating Defendant's res judicata defense.

**4. Structure of Bundled Package:** To eliminate procedural confusion and present a unified record, Plaintiffs attach the complete proposed Amended Motion for Judicial Notice as EXHIBIT A, and the supporting Sworn Affidavit of Forensic Analysis as EXHIBIT B.

**5. Local Rule 3.01(g) Conferral:** Pursuant to Local Rule 3.01(g), Plaintiffs conferred in good faith via electronic mail on October 25, 2026 with lead counsel Michael D. Starks, Esq. and Andrew Kemp-Gerstel, Esq. (counsel for Capital One (US), N.A.). Defense counsel object to the relief requested.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order granting Leave to File, deeming Exhibit A and Exhibit B filed as of the date of the Court's Order.

Dated this 25th day of October, 2026.

Respectfully submitted,

Danielle Kinsey

DANIELLE KINSEY, Plaintiff Pro Se
3490 Saturn Rd, Brooksville, FL 34604 | Tel: (727) 967-6429 | Email: DanielleKinsey1109@outlook.com

ERICK KINSEY, Plaintiff Pro Se
3490 Saturn Rd, Brooksville, FL 34604 | Tel: (727) 809-0855 | Email: Erickkinsey5@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2026, a true and correct copy of the foregoing was served via CM/ECF and Electronic Mail upon: Michael D. Starks, Esq. (mds2@lgplaw.com) and Andrew Kemp-Gerstel, Esq. (akg@lgplaw.com), Liebler, Gonzalez & Portuondo, Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130.

Danielle Kinsey

Danielle Kinsey, Plaintiff Pro Se

Erick A Kinsey